JULIA B. WASSERMAN ET AL. *v.* WALTER J. MCCARTHY ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Stanley P. Atwood,* for the appellees (plaintiffs).

Argued October 3—decided October 4, 1967

SUZANNE PAPAZIAN *v.* HAIG P. PAPAZIAN

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

*R. William Bohonnon,* for the appellee (defendant).

*Max H. Schwartz,* with whom was *Robert A. Smith,* for the appellant (plaintiff).

Argued October 3—decided October 5, 1967

ANTHONY FERREIRA ET AL. *v.* RONALD F. STORMS, ADMINISTRATOR (ESTATE OF ROBERT T. MISKA), ET AL.

The motion by the plaintiffs to hear their motion to amend their appeal from the Court of Common Pleas in Hartford County is granted.

*Valentine J. Sacco* and *Walter Gillette,* in support of the motion.